**WAGSTAFFE, VON LOEWENFELDT,
BUSCH & RADWICK LLP**
JAMES M. WAGSTAFFE (95535)
wagstaffe@wvbrlaw.com
FRANK BUSCH (258288)
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA  941111
Telephone: (415) 357-8900

**PALLAS PARTNERS (US) LLP**
DUANE L. LOFT (*pro hac vice*)
duane.loft@pallasllp.com
MELISSA J. KELLEY (*pro hac vice*)
melissa.kelley@pallasllp.com
BRIANNA HILLS SIMOPOULOS (*pro hac vice*)
brianna.simopoulos@pallasllp.com
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300

*Counsel for Petitioner*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUADRE INVESTMENTS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES GUOWEI CHAO, <br><br> Defendant. | Case No. 22-mc-80022-WHA <br><br> **NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Quadre Investments, L.P. hereby gives notice that it voluntarily dismisses its application pursuant to 28 U.S.C. § 1782 against Charles Guowei Chao in the above-captioned action, without prejudice.

Dated:  October 5, 2022

By: /s/ *Frank Busch*
**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP**
JAMES M. WAGSTAFFE (95535)
wagstaffe@wvbrlaw.com
FRANK BUSCH (258288)
busch@wvbrlaw.com
100 Pine Street, Suite 2250
San Francisco, CA  941111
Telephone: (415) 357-8900

**PALLAS PARTNERS (US) LLP**
DUANE L. LOFT (*pro hac vice*)
duane.loft@pallasllp.com
MELISSA J. KELLEY (*pro hac vice*)
melissa.kelley@pallasllp.com
BRIANNA HILLS SIMOPOULOS (*pro hac vice*)
brianna.simopoulos@pallasllp.com
75 Rockefeller Plaza
New York, NY 10019
Telephone: (212) 970-2300

*Counsel for Petitioner*